IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GWENDOLYN HALL,** : | |
| : | |
| Plaintiff : | |
| : | No. 2:18-CV-00708-GEKP |
| : | |
| v. : | |
| : | |
| **ACCOLADE, INC., and** : | |
| **ELIZABETH NAPOLITANO,** : | |
| : | |
| Defendants : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gwendolyn Hall and Defendants Accolade, Inc. and Elizabeth Napolitano, by and through their undersigned counsel, hereby STIPULATE and Agree that any and all claims in this matter shall be DISMISSED WITH PREJUDICE, without admission of liability by any of the parties and with each party assuming their own costs and fees in this matter.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| */s/* Tiffanie C. Benfer | */s/* Tracey E. Diamond |
| Tiffanie C. Benfer, Esquire | Tracey E. Diamond |
| HARDWICK BENFER, LLC | PEPPER HAMILTON, LLP |
| | |
| Dated: May 21, 2018 | Dated: May 21, 2018 |

**SO ORDERED:**

_____        Dated: _____
HON. GENE E.K. PRATTER